SERVICE INSURANCE & REALTY COMPANY v. J. A. GILES ET AL.

(Filed 8 June, 1940.)

APPEAL by defendants from *Carr, J.,* at October Term, 1939, of ORANGE.

Civil action to recover commissions for procuring purchaser of real estate to whom conveyance was afterwards made.

Upon denial of liability and issues joined, the case resulted in verdict and judgment for plaintiff, from which the defendants appeal, assigning errors.

*L. J. Phipps for plaintiff, appellee.*
*C. P. Hinshaw for defendants, appellants.*

PER CURIAM. The case was tried upon the principles announced in *McCoy v. Trust Co.,* 204 N. C., 721, 169 S. E., 644; *Trust Co. v. Goode,* 164 N. C., 19, 80 S. E., 62; and *Trust Co. v. Adams,* 145 N. C., 161, 58 S. E., 1008. The controverted issues of fact were resolved by the jury in favor of the plaintiff. The record is free from reversible error.

No error.